# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-2788
_____

V.J., Mother of M.G., a Minor
Child,

     Appellant,

     v.

DEPARTMENT of CHILDREN and
FAMILIES,

     Appellee.

_____

On appeal from the Circuit Court for Duval County.
David Gooding, Judge.

November 6, 2018

PER CURIAM.

     AFFIRMED.

MAKAR, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Susan Barber, Assistant Regional Conflict Counsel, Tallahassee, and Crystal M. Frusciante, Sunrise, for Appellant.

Ward L. Metzger, Children's Legal Services, Jacksonville, and Dominic Piscitello, Department of Children and Families, Jacksonville, for Appellee.